496 A.2d 397

COMMONWEALTH of Pennsylvania, PENNSYLVANIA STATE POLICE, Petitioner,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA HUMAN RELATIONS COMMISSION, et al.

Supreme Court of Pennsylvania.

June 4, 1985.

Petition for Allowance of Appeal GRANTED, No. 35 M.D. Appeal Docket 1985.